JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| REBEL SCHROEDER, ) | Case No. EDCV 09-00734-MLG |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of the ) Social Security Administration, ) | |
| Defendant. ) | |

IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: November 2, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge